State Real Estate Commission *v.* Harris, Appellant.

Argued October 10, 1957. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

668

*R. Winfield Baile* and *George W. Thompson*, for appellant.

*Harry L. Rossi*, Deputy Attorney General, with him *Elmer T. Bolla*, Deputy Attorney General, and *Thomas D. McBride*, Attorney General, for appellee.

OPINION PER CURIAM, December 2, 1957:

The order of the court below is affirmed on the opinion of President Judge RICHARDS, as reported in 10 Pa. D. & C. 2d 209.